Certificate Number: 14424-NJ-DE-041123401

Bankruptcy Case Number: 26-15907



14424-NJ-DE-041123401

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2026, at 5:37 o'clock PM EDT, Joaquim Amaral completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   June 22, 2026                    By:     /s/Mabelyn  Ramirez

Name:  Mabelyn  Ramirez

Title:   Instructor