Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 26−15907−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joaquim A Amaral
25 Valley Drive
Glenwood, NJ 07418−1657

Social Security No.:
xxx−xx−8479

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 14, 2026.

Dated: August 14, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-15907-JKS
Joaquim A Amaral Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Aug 14, 2026 Form ID: plncf13 Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Joaquim A Amaral, 25 Valley Drive, Glenwood, NJ 07418-1657 |
| 521229443 | + | Lakeview Loan Servicing, LLC., Maria Cozzini, 103 Eisenhower Parkway - Suite 100, Roseland, NJ 07068-1000 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 14 2026 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 14 2026 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521226428 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 14 2026 21:18:00 | Citizens One, Attn; Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 521226429 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 14 2026 21:18:00 | Citizens One, One Citizens Bank Way, Johnston, RI 02919 |
| 521239880 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 14 2026 21:18:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 521226424 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2026 21:31:02 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521226425 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2026 21:30:51 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 521234599 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2026 21:30:41 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521226426 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 21:30:56 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 521226427 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 21:30:56 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 521226430 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2026 21:30:36 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521226431 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2026 21:30:34 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 521226432 | + | Email/Text: mrdiscen@discover.com | Aug 14 2026 21:18:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521226433 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 14 2026 21:18:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 521226434 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 14 2026 21:18:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 521226436 | + | Email/Text: accountresearch@goodleap.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 14 2026 21:18:00 | GoodLeap Llc., 1410 Sw Morrison St, Portland, OR 97205-1930 |
| 521226435 | + | Email/Text: accountresearch@goodleap.com | Aug 14 2026 21:18:00 | GoodLeap Llc., Attn: Bankruptcy Department, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 521226437 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 14 2026 21:19:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 521226438 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 14 2026 21:19:00 | GreenSky, 5565 Glenridge Connector, Atlanta, GA 30342-4796 |
| 521298935 | | Email/Text: bankruptcy@greenskycredit.com | Aug 14 2026 21:19:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 521226439 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 14 2026 21:18:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521226443 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 21:30:44 | LVNV Funding LLC/Resurgent Capital Servi, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 521226442 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 21:30:55 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521249773 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 21:30:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521318692 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 14 2026 21:18:00 | Lakeview Loan Servicing, LLC, c/o Loan Care LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 521226441 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 14 2026 21:18:00 | LoanCare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 521226440 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 14 2026 21:18:00 | LoanCare Llc, Attn: Bankrutptcy, P.O.Box 8068, Virginia Beach, VA 23450-8068 |
| 521226444 | | Email/Text: ml-ebn@missionlane.com | Aug 14 2026 21:18:00 | Mission Lane, LLC, PO Box 105286, Atlanta, GA 30348 |
| 521299994 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2026 21:18:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 521226445 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2026 21:18:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd, Dayton, OH 45458 |
| 521226446 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2026 21:18:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 521226448 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2026 21:30:53 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 521226447 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2026 21:31:05 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 521297677 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 14 2026 21:30:53 | Portfolio Recovery Associates, LLC, c/o Mission Lane LLC, POB 41067, Norfolk VA 23541 |
| 521226449 | | Email/Text: signed.order@pfwattorneys.com | Aug 14 2026 21:18:00 | Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5100 |
| 521269067 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2026 21:19:00 | Quantum3 Group LLC as agent for, GoodLeap, PO Box 788, Kirkland, WA 98083-0788 |
| 521292321 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2026 21:19:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521226450 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 14 2026 21:18:00 | State of New Jersey-Division of Taxation, Compliance & Enforcement-Bankruptcy Unit, 3 Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruce H Levitt | on behalf of Debtor Joaquim A Amaral blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Maria Cozzini | on behalf of Creditor Lakeview Loan Servicing LLC mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NA bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5